IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Clay Caldwell, : 
              Appellant : 
               : 
      v. :      No. 26 C.D. 2022
               : 
Sec. John Wetzel, et al. : 

**PER CURIAM**                   **O R D E R**

NOW, March 7, 2024, having considered Appellant's application for reconsideration/reargument and Appellees' answer in response thereto, the application is DENIED.